CLOSED,COURTEXHIBITS,VICTIM

# U.S. District Court
## District of Maine (Portland)
## CRIMINAL DOCKET FOR CASE #: 2:19-mj-00335-JHR-1

Case title: USA v. ANGELESCO

Date Filed: 11/22/2019
Date Terminated: 11/27/2019

Assigned to: MAGISTRATE JUDGE JOHN
H. RICH III

### Defendant (1)

**WILLIAM ANGELESCO**
*TERMINATED: 11/27/2019*
*also known as*
BILLY
*TERMINATED: 11/27/2019*

represented by **DAVID R. BENEMAN**
FEDERAL DEFENDER'S OFFICE
P.O. BOX 595
PORTLAND, ME 04112-0595
207-553-7070 ext. 101
Fax: 207-553-7017
Email: David.Beneman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

COUNT ONE - INTERFERING WITH
COMMERCE BY THREATS OR
VIOLENCE, 18:1951 AND 2.

### Disposition

### Disposition

### Disposition

### Interested Party

**DISTRICT OF MASSACHUSETTS**

**Plaintiff**

USA
                                   represented by    **DAVID B. JOYCE**
                                                          U.S. ATTORNEY'S OFFICE
                                                          DISTRICT OF MAINE
                                                          100 MIDDLE STREET PLAZA
                                                          PORTLAND, ME 04101
                                                          (207) 771-3217
                                                          Email: david.joyce@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2019 | | Arrest (Rule 5) per notification by USMS of WILLIAM ANGELESCO (nrg) (Entered: 11/22/2019) |
| 11/22/2019 | 1 | Rule 5(c)(3) Documents Received as to WILLIAM ANGELESCO (Attachments: # 1 Indictment, # 2 Cover Sheet, # 3 Arrest Warrant)(nrg) (Entered: 11/22/2019) |
| 11/22/2019 | | Case unsealed per AUSA Joyce and the District of Massachusetts as to WILLIAM ANGELESCO (nrg) (Entered: 11/22/2019) |
| 11/22/2019 | 2 | SYNOPSIS as to WILLIAM ANGELESCO (nrg) (Entered: 11/22/2019) |
| 11/22/2019 | 4 | MOTION for Detention by USA as to WILLIAM ANGELESCO Responses due by 12/13/2019. (JOYCE, DAVID) (Entered: 11/22/2019) |
| 11/22/2019 | 5 | NOTICE OF HEARING as to WILLIAM ANGELESCO: Rule 5 Hearing and Attorney Appointment Hearing set for 11/22/2019 11:30 PM in Portland Hearing Room before MAGISTRATE JUDGE JOHN H. RICH III. (nrg) (Entered: 11/22/2019) |
| 11/22/2019 | 6 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III: Rule 5 Hearing held: Defendant advised of rights as to WILLIAM ANGELESCO held on 11/22/2019. The defendant is ordered temporarily detained and remanded to the custody of the US Marshals Service. (Court Reporter: Dennis Ford) (nrg) (Entered: 11/22/2019) |
| 11/22/2019 | 7 | WAIVER of Rule 5 Hearings by WILLIAM ANGELESCO (nrg) (Entered: 11/25/2019) |
| 11/25/2019 | 8 | ORDER OF TEMPORARY DETENTION as to WILLIAM ANGELESCO Detention Hearing set for 11/27/2019 10:00 AM in Portland Hearing Room before MAGISTRATE JUDGE JOHN H. RICH III. By MAGISTRATE JUDGE JOHN H. RICH III. (nrg) (Entered: 11/25/2019) |
| 11/26/2019 | 9 | Pretrial Services Report as to WILLIAM ANGELESCO filed by U.S. Probation. (Access to document is restricted to USA and applicable defendant only) (REINHEIMER, SHARON) (Entered: 11/26/2019) |
| 11/27/2019 | 10 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III: Conference of Counsel held (no court reporter present) as to WILLIAM ANGELESCO, Detention Hearing held as to WILLIAM ANGELESCO. The defendant is ordered detained and remanded to the custody of the US Marshals Service. (Court Reporter: Dennis Ford) (nrg) (Entered: 11/27/2019) |
| 11/27/2019 | 11 | COURT EXHIBIT LIST from Detention Hearing held on 11/27/2019 as to defendant(s) WILLIAM ANGELESCO (Exhibits listed on the Court Exhibit List are not remotely |

| | | electronically available) (nrg) (Entered: 11/29/2019) |
|---|---|---|
| 11/27/2019 | [12](#) | COURT WITNESS LIST from Detention Hearing held on 11/27/2019 as to defendant(s) WILLIAM ANGELESCO (nrg) (Entered: 11/29/2019) |
| 11/27/2019 | [13](#) | COMMITMENT TO ANOTHER DISTRICT as to WILLIAM ANGELESCO. Defendant committed to the District of Massachusetts. By MAGISTRATE JUDGE JOHN H. RICH III. (nrg) (Entered: 11/29/2019) |
| 11/27/2019 | | Notice to the District of Massachusetts of a Rule 5 Initial Appearance hearing as to WILLIAM ANGELESCO. Using your PACER account, please retrieve the docket sheet and any other necessary documents. All restricted access documents will be sent via email. If you require certified copies of any documents please send a request to ecfhelp@med.uscourts.gov. (nrg) (Entered: 11/29/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/03/2019 14:11:07 | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-mj-00335-JHR |
| **Billable Pages:** | | **Cost:** | |



# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )  Criminal No. 19-*cr 1044* |
| | ) |
| WILLIAM "Billy" ANGELESCO, | ) |
| | ) |
| Defendant | ) |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

ALLOWED

*[signature]* USMJ
11/20/2019

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/Laura J. Kaplan
    Laura J. Kaplan
    Assistant U.S. Attorney

Date:  November 20, 2019

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| UNITED STATES OF AMERICA | ) Crim. No. 19- 10444 |
| | ) |
| v. | ) Violation: |
| | ) |
| WILLIAM "Billy" ANGELESCO | ) |
| | ) Count One: |
| Defendant | ) Interfering with Commerce by Threats or Violence, |
| | ) 18 U.S.C. § 1951 |
| | ) Aiding & Abetting (18 U.S.C. §§ 1951 & 2) |
| | ) 18 U.S.C. § 2 (Aiding & Abetting) |
| | ) |
| | ) Robbery Forfeiture Allegation: |
| | ) (18 U.S.C. § 981 and 28 U.S.C. § 2461) |

## INDICTMENT

### COUNT ONE

Interfering with Commerce by Threats or Violence; Aiding and Abetting (18 U.S.C. § § 1951 & 2)

The Grand Jury charges:

On or about September 20, 2018, in Plymouth County, and elsewhere in the District of

Massachusetts, defendant

### WILLIAM "Billy" ANGELESCO

did, in any way and degree, obstruct, delay and affect commerce, as that term is defined in Title

18, United States Code, Section 1951(b)(1), and did attempt and conspire to do so, in that the

defendant did unlawfully obtain personal property belonging to and in the possession of John

Doe, against his will, by means of actual and threatened force, and violence, and fear of injury,

immediate and future, to his person and property and property in his custody and possession.

In violation of Title 18, United States Code, Sections 1951 and 2.

## ROBBERY FORFEITURE ALLEGATION

1.     Upon conviction of the offense in violation of Title 18, United States Code, Section 1951, set forth in Count One, the defendant

### WILLIAM "Billy" ANGELESCO

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2.     If any of the property described in Paragraph 1 above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a.     cannot be located upon the exercise of due diligence;

   b.     has been transferred or sold to, or deposited with a third party;

   c.     has been placed beyond the jurisdiction of this Court;

   d.     has been substantially diminished in value; or

   e.     has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2

A TRUE BILL

FOREPERSON

_____
LAURA J. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: NOVEMBER ___20___ , 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

@ 1:00 PM
11/20/19

3

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

SEALED

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**  Abington          **Related Case Information:**

**County**  Plymouth

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  19-mj-1072-DLC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  William Angelesco          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address          (City & State)  Middleton, MA _____

Birth date (Yr only):  1971   SSN (last4#):  4077   Sex  M          Race:  W          Nationality: _____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____          _____

**U.S. Attorney Information:**

**AUSA**  Laura J. Kaplan          Bar Number if applicable _____

**Interpreter:**          ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**          ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)          ☐ Yes  ☑ No

**Matter to be SEALED:**          ☑ Yes          ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty ——          ☐ Misdemeanor ——          ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   11/20/2019          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      William Angelesco _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §§ 1951 and 2 | Interfering with Commerce by Threats or Violence; Aiding and Abetting | 1 |
| Set 2  18 U.S.C. § 981; 28 U.S.C. § 2461 | Robbery Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-cr 10444 |
| William "Billy" Angelesco | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   William "Billy" Angelesco                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1951 and 2 - Interfering with Commerce by Threats or Violence; Aiding and Abetting

Date:     11/20/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

**Indictment Synopsis**

| | |
|---|---|
| **Name:** | William Angelesco |
| **Address:** <br> **(City & State Only)** | Saco, ME |
| **Year of Birth and Age:** | 1971/48 years old |
| **Violations:** | Count 1: Interference with commerce by threats or violence and aiding and abetting the same, in violation of Title 18, United States Code, Sections 1951 and 2. |
| **Penalties:** | Count 1: Imprisonment of not more than twenty years (18 U.S.C. § 1951(a)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. <br><br> This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 1:  Not more than three years.  18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than two years.  18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Three years less any period of imprisonment imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI; SA Tyler Delorme |
| **Detention Status:** | TBD |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Out of district warrant; defendant arrested in York County |
| **AUSA:** | David B. Joyce |

| Guidelines apply?   Y/N | Yes |
|---|---|
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 2:19-mj-335-JHR |
| | ) | |
| WILLIAM ANGELESCO | ) | |

## <u>MOTION FOR DETENTION</u>

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1.    Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

   _____    Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   \_\_X\_\_    Crime of violence

   _____    Maximum sentence life imprisonment or death

   _____    10+ year drug offense

   _____    Felony, with two prior convictions in above categories

   _____    Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

   \_\_X\_\_    Serious risk defendant will flee

   \_\_X\_\_    Serious risk obstruction of justice

2.    Reasons for Detention:

        i.    Temporary Detention

_____

_____

        ii.   Other than Temporary Detention. The court should detain the

            defendant because there are no other conditions of release which

            will reasonably assure (check one or both):

           __X__  Defendant's appearance as required

           __X__  Safety of any other person and the community

3.      Rebuttable Presumption. The United States will invoke the rebuttable

presumption against the defendant under 18 U.S.C. § 3142(e). The presumption

applies here because (check one or both if applicable)

     __X__  Probable cause to believe the defendant committed an offense specified

           in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor

           victim, or conduct outside of the United States.

     _____  Previous conviction for "eligible" offense committed while on pretrial bond

4.      Date of Detention Hearing. The United States requests that the detention hearing be

held after a continuance of ___ days.

5.      Length of Detention Hearing. The United States will require _1/2_ hour to

present its case for detention.

Date: November 22, 2019

                        Halsey B. Frank
                        United States Attorney

                        /s/David B. Joyce
                        Assistant United States Attorney
                        United States Attorney's Office
                        100 Middle Street
                        Portland, ME 04101
                        (207) 780-3257
                        david.joyce@usdoj.gov

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:19-mj-335-JHR |
| WILLIAM ANGELESCO | ) | |
| | ) | Charging District's Case No.  19-10444 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     11/22/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
David R. Beneman, Esq.
*Printed name of defendant's attorney*

# United States District Court

## ──────── District of Maine ────────

UNITED STATES OF AMERICA

v.

WILLIAM ANGELESCO,

        Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

**No. 2:19-mj-00335-JHR**

It is **ORDERED** that a detention hearing in this matter is continued to Wednesday, November 27, 2019, at 10 a.m. before John H. Rich III, United States Magistrate Judge, 156 Federal Street, Portland, Maine.  Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated:  November 25, 2019.

        /s/ John H. Rich III
        John H. Rich III
        United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. William Angelesco

DOCKET NO: 2:19-mj-335-JHR

PROCEEDING TYPE: Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Sealed Exhibit | 11/27/19 | 11/27/19 | | 11/27/19 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name: USA v. William Angelesco | Proceeding Type: |
| Case No.: 2:19-mj-335-JHR | Detention Hearing |

| | | |
|---|---|---|
| Presiding Judge: John H. Rich III | Government's Attorney: | Defendant's Attorney: |
| Courtroom Deputy: Nicholas Gordon | Daniel J. Perry, AUSA | David R. Beneman, Esq. |
| Court Reporter: Dennis Ford | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| | X | 11/27/19 | Denise Miele |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Maine

United States of America
v.

William Angelesco

*Defendant*

District Court issued
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 NOV 27  P 12: 23

DEPUTY CLERK

)
)
)
)
)
)
)

Case No.  2:19-mj-335-JHR

Charging District's
Case No.    19-10444

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Massachusetts  ,

*(if applicable)*  Boston _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  _____11/27/2019_____

_____
*Judge's signature*

_John H. Rich III, U.S. Magistrate Judge_
*Printed name and title*